**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1912**

_____

EDWARD R. KOHOUT,

Appellant,

v.

UNITED STATES TRUSTEE,

Trustee - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (1:13-cv-00183-IMK)

_____

Submitted:  July 21, 2015                    Decided:  July 23, 2015

_____

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward R. Kohout, Appellant Pro Se.  Ramona D. Elliott, Deputy Director/General Counsel, P. Matthew Sutko, Associate General Counsel, Sumi K. Sakata, Trial Attorney, Executive Office for United States Trustees, UNITED STATES DEPARTMENT OF JUSTICE, Washington, DC, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward R. Kohout appeals the district court's order affirming the bankruptcy court's order: (1) sustaining the Trustee's objection to Kohout's application for employment as counsel in the underlying bankruptcy proceeding, and (2) requiring Kohout to disgorge $24,000 in fees he received for legal services. We have reviewed the parties' briefs and the record included on appeal and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States Trustee v. Kohout, No. 1:13-cv-00183-IMK (N.D.W. Va. Aug. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED

2